IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHRISTOPHER DE CASTRO                                              PLAINTIFF

v.                              CASE NO. 2:20-CV-2065

ANDREW M. SAUL, Commissioner,
Social Security Administration                                     DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 21) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this March 23, 2021.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE